Katherine K. Smythe, Appellant, v. Paul H. Smythe, Jr., Appellee.

Gen. No. 11,408.

Second District, Second Division.
January 24, 1961.

Howard T. Savage, of Chicago, for appellant; no brief filed by appellee. Opinion by PRESIDING JUSTICE CROW. Not to be published in full.